## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **LAWRENCE K. BAERMAN** | Alexander Pirnie Federal Building |
| Clerk | 10 Broad Street |
| | Utica NY 13501 |
| **JOHN M. DOMURAD** | (315) 793-8151 |
| Chief Deputy | |
| | |
| **DAN MCALLISTER** | |
| Chief Deputy | |

April 1, 2016

Mark A. Mangini, Esq.
Center for Religious Expression
699 Oakleaf Office Lane, Suite 107
Memphis, TN 38117

RE: Deferio vs. City of Syracuse, et al.
NYND CASE NO. 5:16-CV-0361(LEK/TWD)

Dear Sir or Madam:

Please be advised that the above case was filed March 31, 2016, in the Northern District of New York. You are directed to advise this Court in writing, **within fourteen (14) days** from the date of this Notice, if you will remain as counsel of record, and if so, your formal admission is required. The attorney admission forms are enclosed and can also be found on our website at: http://www.nynd.uscourts.gov/.

The parties are advised that all future filings and inquires should be made in accordance with the Local Rules of this Court, and that all documents filed with the Court shall contain the case number listed above.

                                               Very Truly Yours,

                                               LAWRENCE K. BAERMAN, CLERK

                                               By: s/ Susan Evans
                                                          Case Processing Specialist

Encs.
cc: Nathan W. Kellum, Esq. (via CM/ECF)
      NDNY File