UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK

---

**JAMES DEFERIO,**

            **Plaintiff,**

v.

**CITY OF SYRACUSE; FRANK FOWLER,**
in his official capacity as Chief of Police for
the City of Syracuse Police Department, **JOSEPH SWEENY**, individually and in his official
capacity as Captain for the City of Syracuse
Police Department, and **JAMEY LOCASTRO**,
individually, and in his official capacity as Sergeant
for the City of Syracuse Police Department,

            **Defendants.**

**VERIFIED ANSWER**
Civil Action No.: 5:16-CV-0361
        (LEK/TWD)

**JURY TRIAL DEMANDED**

---

Defendants CITY OF SYRACUSE, FRANK FOWLER, JOSEPH SWEENY, and JAMEY LOCASTRO (collectively "Defendants"), by and through their attorney, JOHN A. SICKINGER, ESQ., Assistant Corporation Counsel, answers the Plaintiff's Verified Complaint as follows:

### INTRODUCTION

1. Defendants **DENY** the allegations contained in paragraph "1" of the Verified Complaint herein;

2. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "2" of the Verified Complaint herein;

3. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "3" of the Verified Complaint herein;

4. Defendants **DENY** the allegations contained in paragraph "4" of the Verified

Complaint herein;

5. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "5" of the Verified Complaint herein;

## JURISDICTION AND VENUE

6. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "6" of the Verified Complaint herein;

7. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "7" of the Verified Complaint herein;

8. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "8" of the Verified Complaint herein;

## PLAINTIFF

9. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "9" of the Verified Complaint herein;

## DEFENDANTS

10. Defendants **ADMIT** that the City of Syracuse is a municipal government entity in the State of New York, but **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the remaining allegations, statements, and inferences contained in paragraph "10" of the Verified Complaint herein;

11. Defendants **ADMIT** to the allegations contained in paragraph "11" of the Verified Complaint only as they pertain to the statement that "Defendant Frank Fowler ('Chief Fowler') is the Chief of Police for the City of Syracuse Police Department," but **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the remaining allegations contained in paragraph "11" of the Verified Complaint herein;

12. Defendants **ADMIT** that Joseph Sweeny is employed by the Syracuse Police Department, but **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the remaining allegations, statements, and inferences contained in paragraph "12" of the Verified Complaint herein;

13. Defendants **ADMIT** that Jamey Locastro is employed by the Syracuse Police Department, but **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the remaining allegations, statements, and inferences contained in paragraph "13" of the Verified Complaint herein;

## STATEMENT OF FACTS

**Deferio's Religious Expression**

14. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "14" of the Verified Complaint herein;

15. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "15" of the Verified Complaint herein;

16. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "16" of the Verified Complaint herein;

17. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "17" of the Verified Complaint herein;

18. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "18" of the Verified Complaint herein;

19. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "19" of the Verified Complaint herein;

20. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a

belief as to the allegations contained in paragraph "20" of the Verified Complaint herein;

21. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "21" of the Verified Complaint herein;

22. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "22" of the Verified Complaint herein;

**Pride Festival at Inner Harbor**

23. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "23" of the Verified Complaint herein;

24. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "24" of the Verified Complaint herein;

25. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "25" of the Verified Complaint herein;

26. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "26" of the Verified Complaint herein;

27. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "27" of the Verified Complaint herein;

28. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "28" of the Verified Complaint herein;

29. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "29" of the Verified Complaint herein;

30. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "30" of the Verified Complaint herein;

31. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a

belief as to the allegations contained in paragraph "31" of the Verified Complaint herein;

32. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "32" of the Verified Complaint herein;

33. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "33" of the Verified Complaint herein;

34. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "34" of the Verified Complaint herein;

35. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "35" of the Verified Complaint herein;

36. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "36" of the Verified Complaint herein;

37. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "37" of the Verified Complaint herein;

**Ban on Deferio's Expression on Public Sidewalk during 2014 Pride Festival**

38. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "38" of the Verified Complaint herein;

39. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "39" of the Verified Complaint herein;

40. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "40" of the Verified Complaint herein;

41. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "41" of the Verified Complaint herein;

42. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a

belief as to the allegations contained in paragraph "42" of the Verified Complaint herein;

43. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "43" of the Verified Complaint herein;

44. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "44" of the Verified Complaint herein;

45. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "45" of the Verified Complaint herein;

46. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "46" of the Verified Complaint herein;

47. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "47" of the Verified Complaint herein;

48. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "48" of the Verified Complaint herein;

49. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "49" of the Verified Complaint herein;

50. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "50" of the Verified Complaint herein;

51. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "51" of the Verified Complaint herein;

52. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "52" of the Verified Complaint herein;

53. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "53" of the Verified Complaint herein;

54. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "54" of the Verified Complaint herein;

55. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "55" of the Verified Complaint herein;

56. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "56" of the Verified Complaint herein;

57. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "57" of the Verified Complaint herein;

58. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "58" of the Verified Complaint herein;

59. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "59" of the Verified Complaint herein;

60. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "60" of the Verified Complaint herein;

61. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "61" of the Verified Complaint herein;

62. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "62" of the Verified Complaint herein;

**<u>Deferio Seeks Relief After 2014 Pride Festival</u>**

63. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "63" of the Verified Complaint herein;

64. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "64" of the Verified Complaint herein;

65. Defendants **DENY IN THE FORM STATED** as to the allegations contained in paragraph "65" of the Verified Complaint herein;

66. Defendants **DENY IN THE FORM STATED** as to the allegations contained in paragraph "66" of the Verified Complaint herein;

67. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "67" of the Verified Complaint herein;

68. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "68" of the Verified Complaint herein;

69. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "69" of the Verified Complaint herein;

70. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "70" of the Verified Complaint herein;

**Ban on Deferio's Expression on Public Sidewalk during 2015 Pride Festival**

71. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "71" of the Verified Complaint herein;

72. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "72" of the Verified Complaint herein;

73. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "73" of the Verified Complaint herein;

74. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "74" of the Verified Complaint herein;

75. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "75" of the Verified Complaint herein;

76. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "76" of the Verified Complaint herein;

77. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "77" of the Verified Complaint herein;

78. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "78" of the Verified Complaint herein;

79. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "79" of the Verified Complaint herein;

80. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "80" of the Verified Complaint herein;

81. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "81" of the Verified Complaint herein;

82. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "82" of the Verified Complaint herein;

83. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "83" of the Verified Complaint herein;

84. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "84" of the Verified Complaint herein;

85. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "85" of the Verified Complaint herein;

86. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "86" of the Verified Complaint herein;

87. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a

belief as to the allegations contained in paragraph "87" of the Verified Complaint herein;

88. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "88" of the Verified Complaint herein;

89. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "89" of the Verified Complaint herein;

90. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "90" of the Verified Complaint herein;

91. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "91" of the Verified Complaint herein;

92. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "92" of the Verified Complaint herein;

**Irreparable and Enduring Suppression of Deferio's Speech**

93. Defendants **DENY** the allegations contained in paragraph "93" of the Verified Complaint herein;

94. Defendants **DENY** the allegations contained in paragraph "94" of the Verified Complaint herein;

95. Defendants **DENY** the allegations contained in paragraph "95" of the Verified Complaint herein;

96. Defendants **DENY** the allegations contained in paragraph "96" of the Verified Complaint herein;

97. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "97" of the Verified Complaint herein;

98. Defendants **DENY** the allegations contained in paragraph "98" of the Verified

Complaint herein;

99. Defendants **DENY** the allegations contained in paragraph "99" of the Verified Complaint herein;

## FIRST CAUSE OF ACTION

### Violation of Free Speech Clause

100. Defendants **DENY KNOWLEDGE OR INFORMATION** sufficient to form a belief as to the allegations contained in paragraph "100" of the Verified Complaint herein;

101. Defendants **DENY** the allegations contained in paragraph "101" of the Verified Complaint herein;

   a. Defendants **DENY** the allegations contained in subparagraph "101(a)" of the Verified Complaint herein;

   b. Defendants **DENY** the allegations contained in subparagraph "101(b)" of the Verified Complaint herein;

   c. Defendants **DENY** the allegations contained in subparagraph "101(c)" of the Verified Complaint herein;

   d. Defendants **DENY** the allegations contained in subparagraph "101(d)" of the Verified Complaint herein;

   e. Defendants **DENY** the allegations contained in subparagraph "101(e)" of the Verified Complaint herein;

   f. Defendants **DENY** the allegations contained in subparagraph "101(f)" of the Verified Complaint herein;

   g. Defendants **DENY** the allegations contained in subparagraph "101(g)" of the Verified Complaint herein; and

  h. Defendants **DENY** the allegations contained in subparagraph "101(h)" of the Verified Complaint herein.

102. Defendants **DENY** the allegations contained in paragraph "102" of the Verified Complaint herein;

103. Defendants **DENY** the allegations contained in paragraph "103" of the Verified Complaint herein;

## SECOND CAUSE OF ACTION

### Violation of Due Process Clause

104. Defendants **DENY** the allegations contained in paragraph "104" of the Verified Complaint herein;

105. Defendants **DENY** the allegations contained in paragraph "105" of the Verified Complaint herein;

106. Defendants **DENY** the allegations contained in paragraph "106" of the Verified Complaint herein;

## GENERAL DENIAL

107. Defendants **DENY** any and all allegations, statements, and inferences contained in the Complaint herein that are not specifically addressed in the foregoing paragraphs or not specifically admitted herein, including, but not limited to, those allegations, statements, and inferences contained in Plaintiff's Verified Complaint section titled, "PRAYER FOR RELIEF" herein.

### AS AND FOR A FIRST AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

108. Any damages alleged to have been sustained by Plaintiff were caused or contributed to in full or in part by the culpable conduct and/or assumption of the risk of Plaintiff and not by any culpable conduct on behalf of the Defendants;

### AS AND FOR A SECOND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

109. Some or all of the Plaintiff's claims for compensatory and punitive damages are barred by applicable state and federal law;

### AS AND FOR A THIRD AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

110. Plaintiff has failed to state a claim upon which relief may be granted; any claims for punitive damages violate provisions of the Constitution of the United States and the State of New York;

### AS AND FOR A FOURTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

111. To the extent that the Plaintiff seeks punitive or exemplary damages within his Complaint against the individual Defendants in their official capacity, such claims should be dismissed as improper;

### AS AND FOR A FIFTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

112. Plaintiff has failed to state a cause of action upon which relief may be granted;

### AS AND FOR A SIXTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

113. Plaintiff's pleadings are insufficient and not in the form prescribed pursuant to the Federal Rules of Civil Procedure, thus failing to state a cause of action;

**AS AND FOR A SEVENTH AFFIRMATIVE DEFENSE,
DEFENDANTS ALLEGE AS FOLLOWS:**

114.     Some or all of Plaintiff's claims are barred by the applicable statute of limitations;

**AS AND FOR AN EIGHTH AFFIRMATIVE DEFENSE,
DEFENDANTS ALLEGE AS FOLLOWS:**

115.     Some or all of Plaintiff's causes of action are barred by his failure to comply with §§50-e, 50-h and 50-i of the GENERAL MUNICIPAL LAW;

**AS AND FOR A NINTH AFFIRMATIVE DEFENSE,
DEFENDANTS ALLEGE AS FOLLOWS:**

116.     To the extent Plaintiff has failed to mitigate his damages, his claims for damages are diminished or barred;

**AS AND FOR AN TENTH AFFIRMATIVE DEFENSE,
DEFENDANTS ALLEGE AS FOLLOWS:**

117.     Some or all of the Plaintiff's claims are barred because the Plaintiff failed to exhaust his administrative remedies and/or meet conditions precedent to the commencement of this action as required by law;

**AS AND FOR A ELEVENTH AFFIRMATIVE DEFENSE,
DEFENDANTS ALLEGE AS FOLLOWS:**

118.     Any and all acts of Defendants and any agents or employees of the City were justified and in accordance with the law;

**AS AND FOR A TWELFTH AFFIRMATIVE DEFENSE,
DEFENDANTS ALLEGE AS FOLLOWS:**

119.     Any alleged harm that came, or may come to, Plaintiff were the direct and proximate result of Plaintiff's own actions;

**AS AND FOR A THIRTEENTH AFFIRMATIVE DEFENSE,
DEFENDANTS ALLEGE AS FOLLOWS:**

120.     Any actions done by Defendants as agents of the City regarding Plaintiff's

allegations were done in good faith, with probable cause and without malice;

### AS AND FOR A FOURTEENTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

121. Some of Plaintiff's claims, in whole or in part, fail based on a lack of personal involvement by the named Defendants in the alleged constitutional violations;

### AS AND FOR A FIFTEENTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

122. Any force used by Defendants and/or any agents or employees of the City was privileged, reasonable, and necessary;

### AS AND FOR A SIXTEENTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

123. Defendants at all times acted reasonably and legally, under the U.S. Constitution and New York State Constitution, in any interactions with Plaintiff;

### AS AND FOR A SEVENTEENTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

124. Upon information and belief, all permits were issued and enforced reasonably and legally, under the U.S. Constitution, New York State Constitution, and all other local laws and ordinances of the City of Syracuse;

125. Furthermore, upon information and belief, Defendants' actions were taken for compelling and legitimate reasons;

### AS AND FOR A EIGHTEENTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

126. At all times relevant to this action, all acts of Defendants were justified and in accordance with the discharge of their lawful responsibilities;

### AS AND FOR A NINETEENTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

127. The Complaint fails to state specific acts of conduct attributable to the Defendants that gives rise to liability pursuant to 42 U.S.C. §1983;

### AS AND FOR A TWENTIETH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

128. Plaintiffs' injuries and/or damages, if any, were neither caused by, nor causally related to any act or omission of Defendants;

### AS AND FOR A TWENTY-FIRST AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

129. If the Plaintiff suffered any injury or damage, such injury or damage was caused in whole or in part by a third party and/or an individual acting outside the scope of his employment;

### AS AND FOR A TWENTY-SECOND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

130. Any and all acts of the Defendants and/or any agents or employees of the City of Syracuse are protected by qualified/governmental immunity, and acted in good faith at all times;

### AS AND FOR A TWENTY-THIRD AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

131. Any and all acts of the Defendants and/or any agents or employees of the City of Syracuse are protected by absolute immunity;

### AS AND FOR A TWENTY-FOURTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

132. Defendants' actions were not motivated by evil motive or intent and were not performed with reckless or callous indifference to Plaintiff's federally protected rights;

### AS AND FOR A TWENTY-FIFTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

133. Defendants' actions were not malicious, willful, wanton, reckless, grossly negligent,

or extreme and outrageous;

## AS AND FOR A TWENTY-SIXTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

134.    Demand is made for a jury trial on all issues;

## AS AND FOR A TWENTY-SEVENTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

135.    Plaintiff has failed to name or join a necessary or indispensable party without whom relief may not be granted;

## AS AND FOR A TWENTY-EIGHTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

136.    The Court has not obtained personal jurisdiction over each Defendant named in this action because Plaintiff failed to properly effectuate personal service of the Summons and Complaint;

## AS AND FOR A TWENTY-NINTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

137.    This Court does not have subject matter jurisdiction over some or all of Plaintiff's claims.

## AS AND FOR A THIRTIETH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

138.    Plaintiff's action is barred by res judicata and/or collateral estoppel.

## AS AND FOR A THIRTY-FIRST AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

139.    Some or all of Plaintiff's claims are barred by the doctrine of mootness;

## AS AND FOR A THIRTY-SECOND AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

140.    Defendants have not violated any rights, privileges, or immunities under the Constitution or laws of the United States or the Constitution of the State of New York or any

political subdivision thereof.

### AS AND FOR A THIRTY-THIRD AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

141. At all times relevant to the acts alleged in the complaint, Defendants, their Agents, and officials acted reasonably, properly, and in the lawful exercise of their discretion.

### AS AND FOR A THIRTY-FOURTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

142. The ordinances at issue are valid, content-neutral time, place, and manner restrictions that comport and comply with the requirements of the First Amendment to the United States Constitution and the Constitution of the State of New York.

### AS AND FOR A THIRTY-FIFTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

143. Defendants provided a reasonable alternative for Plaintiff to exercise his constitutional rights.

### AS AND FOR A THIRTY-SIXTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

144. There is no legal or factual basis for some or all of the relief prayed for by Plaintiff;

### AS AND FOR A THIRTY-SEVENTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

145. Plaintiff has waived, or should be stopped from, asserting some or all of the claims asserted in the Verified Complaint herein;

### AS AND FOR A THIRTY-EIGHTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

146. To the extent that the Plaintiff seeks punitive or exemplary damages within his Verified Complaint against the Defendants, such claims should be dismissed, as the City is immune from such liability;

### AS AND FOR A THIRTY-NINTH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

147. Some or all of Plaintiff's claims for compensatory and punitive damages are barred under the applicable caps under federal law, and with respect to punitive damages, are barred as a matter of law under state law;

### AS AND FOR A FORTIETH AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

148. Plaintiff has not stated an improper custom, policy, or practice of Defendants;

### AS AND FOR A FORTY-FIRST AFFIRMATIVE DEFENSE, DEFENDANTS ALLEGE AS FOLLOWS:

149. Defendants reserve the right to raise additional defenses, which may become known during further investigation and discovery in this case;

**WHEREFORE**, Defendants demand judgment dismissing the Verified Complaint in its entirety and with prejudice, along with costs, disbursements and such other and further relief as the Court deems just and proper.

Dated: April 25, 2016

OFFICE OF THE CORPORATION
COUNSEL OF THE CITY OF SYRACUSE

By: _____
JOHN A. SICKINGER, ESQ.
Assistant Corporation Counsel
*Attorney for Defendants*
Bar Roll No. 513595
300 City Hall
233 East Washington Street
Syracuse, New York 13202
Tel: (315) 448-8400
Fax: (315) 448-8381
jsickinger@syrgov.net

TO: Nathan W. Kellum, Esq.
Center for Religious Expression
*Attorney for Plaintiff*
699 Oakleaf Office Lane, Suite 107
Memphis, Tennessee 38117

## VERIFICATION

STATE OF NEW YORK      )
COUNTY OF ONONDAGA  ) ss.:

John A. Sickinger, being duly sworn, deposes and says:

    I am an Assistant Corporation Counsel of the City of Syracuse (the "City"), a municipal corporation and Defendant in this proceeding. I have read the Verified Answer on behalf of the City of Syracuse and know the contents thereof, and the same is true to the best of my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe them to be true. This verification is made by me; a person acquainted with the facts of this matter, on behalf of the City, and is made under penalty of perjury.

    The grounds of my belief as to all matters stated herein are my own knowledge, and/or a review of the books and records of the City and/or conversations with its officers and employees.

JOHN A. SICKINGER

Sworn to before me
this 25th day of April, 2016

Notary Public

MORGAN-BELL, MONIFA A
NOTARY PUBLIC-STATE OF NEW YORK
NO. 01MO6256832
QUALIFIED IN ONONDAGA COUNTY
MY COMMISSION EXPIRES 03-05-2016

20