

Joseph E. Fahey
Corporation Counsel

Joseph W. Barry, III
First Assistant Corporation Counsel

John A. Sickinger
Senior Assistant Corporation Counsel

Christine M. Garvey
Senior Assistant Corporation Counsel

Catherine E. Carnrike
Thomas R. Babilon
Meghan Price McLees Craner
Meghan E. Ryan
Todd M. Long
Mary L. D'Agostino
Amanda R. Harrington
John C. Black, Jr.
Christina F. DeJoseph
Kathryn M. Ryan
Ramona L. Rabeler

OFFICE OF THE CORPORATION COUNSEL

STEPHANIE A. MINER, MAYOR

February 2, 2017

***Sent via CM/ECF***
Honorable Thérèse Wiley Dancks
U.S. District Court
100 S. Clinton Street
Syracuse, New York 13261

      Re:    James Deferio v. City of Syracuse, et al. (5:16-cv-00361-LEK-TWD)

Dear Judge Dancks:

    Defendants respectfully submit this letter, per the Court's directive of January 20, 2017, to provide the Court with a status report of the unsealing motion that was pending before Syracuse City Court.

    On January 26, 2017, Defendants were in receipt of Judge Mary Anne Doherty's January 23, 2017 order to unseal the criminal record and proceedings related to incidents noted in Plaintiff's above-referenced lawsuit. On January 31, 2017, Defendants filed the order and then mailed on February 1, 2017 a copy of the order reflecting the order's receipt in Syracuse City Court to Plaintiff's Counsel and counsel for the defendant in the criminal action.

    Defendants, however, respectfully request a conference with the Court regarding Judge Doherty's order. Namely, the order unseals all records related to the criminal matter for only thirty (30) days from the signing of the order (i.e., to be resealed on February 22, 2017). When I asked Judge Doherty's clerk, Ms. Grimaldi, how this affected the use of the documents after the resealing date of February 22, 2017, she deferred to this Federal District Court to determine how this Court wanted to handle the matter pursuant to the existing Confidentiality Order (which was attached to the City's motion to unseal).

    The City, therefore, respectfully requests a conference—under seal—to discuss the effect of a resealing on the above-referenced case and to seek the Court's guidance. We thank you for your attention and consideration in this matter.

                                      Respectfully,
                                      /s
                                    Todd M. Long, Esq.
                                    Assistant Corporation Counsel

TML/                             Federal Bar Roll No. 519301

CC:    Mark A. Mangini, Esq. (*via CM/ECF filing*)
        Nathan W. Kellum, Esq. (*via CM/ECF filing*)
        John A. Sickinger, Esq. (*via CM/ECF filing*)