Joseph E. Fahey  
Corporation Counsel

Joseph W. Barry, III  
First Assistant Corporation Counsel

John A. Sickinger  
Senior Assistant Corporation Counsel

Christine M. Garvey  
Senior Assistant Corporation Counsel

Catherine E. Carnrike  
Thomas R. Babilon  
Meghan Price McLees Craner  
Meghan E. Ryan  
Todd M. Long  
Mary L. D'Agostino  
Amanda R. Harrington  
John C. Black, Jr.  
Christina F. DeJoseph  
Kathryn M. Ryan  
Ramona L. Rabeler



OFFICE OF THE CORPORATION COUNSEL

STEPHANIE A. MINER, MAYOR

February 13, 2017

***Sent via CM/ECF***  
Honorable Thérèse Wiley Dancks  
U.S. District Court  
100 S. Clinton Street  
Syracuse, New York 13261

    Re:    **James Deferio v. City of Syracuse, et al. (5:16-cv-00361-LEK-TWD)**

Dear Judge Dancks:

    City Defendants are in receipt of a February 8, 2017 letter from Syracuse City Court related to the above-referenced matter (*See* Dkt. Nos. 55 and 57), and respectfully submit this letter to request the Court's permission to file that letter under seal because it contains personally identifiable information.

    We thank you for your attention and consideration in this matter.

                              Respectfully,  
                              _____/s_____  
                              Todd M. Long, Esq.  
                              Assistant Corporation Counsel  
                              Federal Bar Roll No. 519301

TML/  
CC:    Mark A. Mangini, Esq. (*via CM/ECF filing*)  
           Nathan W. Kellum, Esq. (*via CM/ECF filing*)  
           John A. Sickinger, Esq. (*via CM/ECF filing*)