| | | |
|---|---|---|
| Joseph E. Fahey<br>Corporation Counsel | | Catherine E. Carnrike<br>Thomas R. Babilon<br>Meghan Price McLees Craner |
| Joseph W. Barry, III<br>First Assistant Corporation Counsel | | Meghan E. Ryan<br>Todd M. Long<br>Mary L. D'Agostino |
| Christine M. Garvey<br>Senior Assistant Corporation Counsel | | Amanda R. Harrington<br>John C. Black, Jr.<br>Christina F. DeJoseph<br>Kathryn M. Ryan<br>Ramona L. Rabeler<br>Erica T. Clarke |



OFFICE OF THE CORPORATION COUNSEL

STEPHANIE A. MINER, MAYOR

May 5, 2017

Honorable Thérèse Wiley Dancks
U.S. District Court
100 S. Clinton Street
Syracuse, New York 13261

    **Re:**    **James Deferio v. City of Syracuse, et al.**
              **(5:16-cv-00361-LEK-TWD)**

Dear Judge Dancks:

Please allow this letter to serve as the status report requested at the May 3, 2017 Discovery Conference. The deposition of Michelle DeFerio is scheduled for Friday, May 12, 2017 at 10:00 am.

Thank you for your time and consideration.

                                    Very truly yours,

                                    *Amanda Harrington*
                                  Amanda R. Harrington
                                  Assistant Corporation Counsel

cc: via CM/ECF

       Opposing Counsel