**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF NEW YORK**

---

**JAMES DEFERIO,**

                  **Plaintiff,**

      **v.**

**CITY OF SYRACUSE; FRANK FOWLER,**
In his official capacity as Chief of Police for
the City of Syracuse Police Department, **JOSEPH**
**SWEENY**, individually and in his official
Capacity as Captain for the City of Syracuse
Police Department, and **JAMEY LOCASTRO,**
individually and in his official capacity as Sergeant
for the City of Syracuse Police Department,

               **Defendants.**

**NOTICE OF MOTION**
Civil Action No.: 5:16-CV-0361
(LEK/TWD)

---

| | |
|---|---|
| Motion By: | Joseph E. Fahey, Esq. |
| | Corporation Counsel |
| | |
| | By: Todd M. Long, Esq. |
| | Assistant Corporation Counsel |
| | Federal Bar Roll No.: 519301 |
| | |
| Time and Place of Hearing: | August 4, 2017, at 9:30 a.m. before Senior Judge Lawrence E. Kahn to be held at the United States District Courthouse in Albany, New York, on submission only. |
| | |
| Relief and Basis: | An Order pursuant to F.R.C.P. 56 granting summary judgment dismissing Plaintiff's complaint against Defendants in its entirety, with prejudice, and for such other and further relief as the Court deems just and proper. |
| | |
| Supporting Papers: | Declaration of Todd M. Long, Esq. with attached Exhibits "A-NN" (with exhibits pending court approval), Statement of Material Facts Not in Dispute, and Memorandum of Law |

Dated: June 30, 2017                          Joseph E. Fahey, Esq.
                                              Corporation Counsel


                                              _____s/_____
                                              By: Todd M. Long, Esq.
                                              Assistant Corporation Counsel
                                              Bar Roll No. 519301
                                              Attorney for Defendants
                                              300 City Hall
                                              Syracuse, New York 13202
                                              Email: tlong@syrgov.net



To:     Nathan W. Kellum
        Center for Religious Expression
        699 Oakleaf Office Lane, Suite 107
        Memphis, TN 38117
        Email: nkellum@crelaw.org

        Mark A. Mangini
        Center for Religious Expression
        699 Oakleaf Office Lane, Suite 107
        Memphis, TN 38117
        Email: mmangini@crelaw.org
        PRO HAC VICE

        Robert E. Genant
        Office of Robert E. Genant
        P.O. Box 480
        3306 Main Street, Suite B
        Mexico, NY 13114
        Email: bgenant@genantlaw.com