Kristen E. Smith
Corporation Counsel

Joseph W. Barry, III
First Assistant Corporation Counsel

Catherine E. Carnrike
Thomas R. Babilon
Meghan E. Ryan
Amanda R. Harrington
John C. Black, Jr.
Christina F. DeJoseph
Kathryn M. Ryan
Ramona L. Rabeler
Erica T. Clarke
Todd M. Long
Khalid Bashjawish
H. J. Hubert
Mary L. D'Agostino



## OFFICE OF THE CORPORATION COUNSEL

BEN WALSH, MAYOR

April 5, 2018

***Sent via CM/ECF***
Hon. Lawrence E. Kahn, Senior U.S. District Judge
James T. Foley U.S. Courthouse
445 Broadway, Room 424
Albany, New York 12207-2926

    Re:    **James Deferio v. City of Syracuse, et al. (5:16-cv-00361-LEK-TWD)**

Dear Judge Kahn:

    Defendants have reviewed Plaintiff's Counsel's Motion for Bill of Costs (totaling $3,145.00) and have no objection. However, Defendants do not under any circumstance waive their right to respond to and oppose Plaintiff's Counsel's Motion for Attorney's Fees and Non-Taxable Expenses (*see* Dkt. No. 131), which Defendants intend to file on or before the Court's deadline of April 19, 2018 (*see* Dkt. No. 138).

    We thank you for your attention and consideration in this matter.

                        Respectfully,
                        /s
                        Todd M. Long, Esq.
                        Assistant Corporation Counsel
TML/                     Federal Bar Roll No. 519301

CC:    Mark A. Mangini, Esq. (*via CM/ECF filing*)
          Nathan W. Kellum, Esq. (*via CM/ECF filing*)
          Robert E. Genant, Esq. (*via CM/ECF filing*)